**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES T. CARNEY, individually and on behalf of all others similarly situated, <br><br>             Plaintiff, <br><br>             v. <br><br> BRITISH AIRWAYS PLC, a foreign corporation, <br><br>             Defendant. | Civil Action No. 2:25-cv-00302 |

**CONSENT MOTION TO ADJUST BRIEFING SCHEDULE**
**FOR PLAINTIFF'S MOTION TO REMAND**

Defendant British Airways Plc ("BA"), by and through its undersigned counsel, respectfully requests, with the consent of the plaintiff James T. Carney (the "plaintiff"), an Order amending the current briefing schedule set in connection with plaintiff's Motion to Remand (the "Motion"). In support of this Motion, BA states as follows:

1. On February 28, 2025, BA removed this matter from the Court of Common Pleas of Allegheny County to this Court. (D.E. 1).

2. On March 25, 2025, the plaintiff filed a motion to remand this matter to the Court of Common Pleas. (D.E. 9).

3. On March 27, 2025, the Court entered a briefing schedule for the Motion, setting BA's response deadline for April 25, 2025 and the plaintiff's reply deadline for May 9, 2025. (D.E. 12).

4. BA has discussed with the plaintiff the substance of BA's anticipated opposition to the Motion, the complex data analysis required here, and BA's need for additional time to properly compile the necessary data for the putative class. Following this discussion, the plaintiff and BA

agreed that its opposition could be filed by May 9, 2025 and the plaintiff's reply, if any, by May 23, 2025 (providing each party an additional two weeks).

5. Accordingly, BA respectfully requests, with the consent of the plaintiff, an Order granting the amended briefing schedule for the Motion.

6. A proposed Order is submitted herewith for the Court's consideration.

WHEREFORE, it is respectfully requested that this honorable Court grant the Consent Motion, adjusting the deadline for BA to oppose the plaintiff's Motion to Remand to May 9, 2025 and the deadline for the plaintiff's reply, if any, to May 23, 2025.

Dated: April 22, 2025                                  Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/  Stephen H. Barrett*
Stephen H. Barrett
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA  19103-7300
215-656-2455
Stephen.barrett@us.dlapiper.com

Keara M. Gordon*
Colleen Carey Gulliver*
Connor D. Rowinski*
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501
keara.gordon@us.dlapiper.com
colleen.gulliver@us.dlapiper.com
connor.rowinski@us.dlapiper.com
(*pro hac vice motion forthcoming*)

*Counsel for Defendant British Airways Plc*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of April 2025, I caused a true and correct copy of the foregoing Consent Motion to adjust the briefing schedule for plaintiff's motion to remand and set the opposition deadline to be sent to all counsel of record via CM/ECF.

_/s/ Stephen H. Barrett_
Stephen H. Barrett