IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES T. CARNEY, | |
| Plaintiff, | 2:25-CV-00302-CCW |
| v. | |
| BRITISH AIRWAYS PLC, | |
| Defendant. | |

<u>ORDER</u>

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 13, 2025, the Magistrate Judge issued a Report (the "R&R"), ECF No. 35, recommending that the Motion to Remand to State Court by Plaintiff James T. Carney, ECF No. 9, be denied. Service of the R&R was made on the parties, and Mr. Carney has filed objections. ECF No. 38. British Airways filed a response to the objections. ECF No. 41.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the objections thereto, it is hereby ORDERED that Plaintiff James T. Carney's Motion, ECF No. 9, is DENIED and the R&R, ECF No. 35, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 30th day of December, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record